AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Helmick, Jeffrey J. | U.S. District Court - Northern District of Ohio | 10/05/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active Status | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> **5b.** ☑ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

1716 Spielbusch Avenue, Suite 210, Toledo, Ohio 43604

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Trustees | Needmor Fund |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Helmick, Jeffrey J. | 10/05/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Amex Gold | Credit Card | K |
| 2. | Discover | Credit Card | K |
| 3. | Amex Delta | Credit Card | K |
| 4. | Capital One Visa | Credit Card | J |
| 5. | Amex, Standard | Credit Card | J |
| 6. | Chase, Freedom | Credit Card | J |
| 7. | Chase, Prime | Credit Card | J |
| 8. | 5/3 Bank MC | Credit Card | J |
| 9. | | | |
| 10. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Helmick, Jeffrey J.** | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. TRUST #1 - H | | | | | | | | | |
| 2. -First TR Morningstar Div | A | Dividend | J | T | | | | | |
| 3. -iShares Core S&P 500 ETE | A | Int./Div. | K | T | | | | | |
| 4. -iShares Russell MID-CAP ETF | A | Dividend | K | T | | | | | |
| 5. -iShares Russell MID-CAP G ETF | A | Dividend | K | T | | | | | |
| 6. -Vanguard Reit ETF | A | Dividend | J | T | | | | | |
| 7. -Alphabet Inc (Google) | A | Dividend | K | T | | | | | |
| 8. -Amazon Com Inc Stock | A | Dividend | K | T | | | | | |
| 9. -American Express | A | Dividend | J | T | | | | | |
| 10. -American Water Works Co Stock | A | Dividend | J | T | | | | | |
| 11. -Apple Inc Stock | A | Dividend | K | T | | | | | |
| 12. -Bank of Hawaii Corp Stock | A | Dividend | J | T | | | | | |
| 13. -Biogen Inc. | A | Dividend | J | T | | | | | |
| 14. -Boeing Co. | A | Int./Div. | K | T | | | | | |
| 15. -CME Group Inc Stock | A | Dividend | K | T | | | | | |
| 16. -Cincinnati Financial Corp Stock | A | Dividend | J | T | | | | | |
| 17. -Comcast Corp (New) Classs A Stock | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Helmick, Jeffrey J. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. -Facebook Inc Class A | A | Dividend | J | T | Buy | 1/2/2019 | J | | |
| 19. -Honeywell Int Inc Stock | A | Dividend | J | T | | | | | |
| 20. -Intel Corp | A | Dividend | K | T | | | | | |
| 21. -JP Morgan Chase & Co Stock | A | Dividend | K | T | | | | | |
| 22. -McDonalds Corp Stock | A | Dividend | K | T | | | | | |
| 23. -Merck & Co Inc. | A | Dividend | J | T | | | | | |
| 24. -MetLife Inc Stock | A | Dividend | J | T | | | | | |
| 25. -Microsoft Corp Stock | A | Dividend | K | T | | | | | |
| 26. -Oracle Corp Stock | A | Dividend | J | T | | | | | |
| 27. -PNC Finl Svcs GP Stock | A | Dividend | J | T | | | | | |
| 28. -Pepsico Inc NC Stock | A | Dividend | J | T | | | | | |
| 29. -Pfizer Inc Stock | A | Dividend | J | T | | | | | |
| 30. -Qualcomm Inc | A | Dividend | J | T | | | | | |
| 31. -Republic Services Inc Stock | A | Dividend | J | T | | | | | |
| 32. -Resideo Technologies Corp (Distribution from Honewell) | A | Dividend | J | T | | | | | |
| 33. -Rockwell Automation Inc Stock | A | Dividend | J | T | | | | | |
| 34. -Sherwin Williams Co Ohio Stock | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| Helmick, Jeffrey J. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -3M Company Stock | A | Dividend | J | T | | | | | |
| 36. -United Technologies Corp Stock | A | Dividend | J | T | | | | | |
| 37. -Verizon Communications Stock | A | Dividend | K | T | | | | | |
| 38. -Wells Fargo & Co Stock | A | Dividend | J | T | | | | | |
| 39. -Welltower Inc Stock | A | Dividend | J | T | | | | | |
| 40. -Kraft Heinze Corp Stock | A | Dividend | | | Sold | 01/02/19 | J | A | |
| 41. -Phillip Morris Int Inc Stock | A | Dividend | | | Sold | 01/02/19 | J | A | |
| 42. -Eaton Vance Tax Mgd Div Equ FD | A | Dividend | | | Sold | 05/10/19 | J | A | |
| 43. -iShares iBoxx | A | Dividend | | | Sold | 05/10/19 | J | A | |
| 44. -iShares iBoxx Invest | A | Dividend | | | Sold | 05/10/19 | J | A | |
| 45. -Inveso VariRate Preferred (formerly Powershares Variable Rate) | A | Dividend | | | Sold | 01/02/19 | K | A | |
| 46. -Pioneer Strategic Income | A | Dividend | | | Sold | 04/11/19 | J | A | |
| 47. -Pimco Foreign Bd US Hedged | A | Dividend | | | Sold | 04/11/19 | J | A | |
| 48. -Fidelity Government Cash Reverves | A | Int./Div. | J | T | | | | | |
| 49. TRUST #2 (H) | | | | | | | | | |
| 50. -Google Inc Stock Class A (Alphabet Inc) | A | Dividend | K | T | | | | | |
| 51. -American Beacon Bridgeweay | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Helmick, Jeffrey J.** | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -Apple Inc. | A | Int./Div. | K | T | | | | | |
| 53.  -Dodge & Cox Int'l Stock Fund | A | Int./Div. | K | T | | | | | |
| 54.  -Intel Corp Stock | A | Dividend | K | T | | | | | |
| 55.  -iShares Core MSCI EAFE EFT | B | Int./Div. | L | T | | | | | |
| 56.  -iShares Core S&P 500 ETF (formerly S& P 500 Index Fund) | A | Int./Div. | K | T | | | | | |
| 57.  -iShares Core S&P MID-CAP ETF | A | Int./Div. | K | T | | | | | |
| 58.  -iShares Core S&P SMALL -CAP ETF | A | Int./Div. | K | T | | | | | |
| 59.  -JP Morgan US Equity Fund | A | Int./Div. | L | T | | | | | |
| 60.  -Neuberger Berman Emer Mkts Eqty | A | Int./Div. | J | T | | | | | |
| 61.  -Vanguard Emerging Markets Fund | A | Int./Div. | J | T | | | | | |
| 62.  -Doubleline Total Return Bond Fd | A | Int./Div. | K | T | | | | | |
| 63.  -KT Short Term Tax-Free Fund | C | Dividend | M | T | | | | | |
| 64.  -Western Asset Core Plus Bond | A | Interest | K | T | | | | | |
| 65.  -KT Short Term Deposit/Investment Fund | A | Dividend | J | T | | | | | |
| 66.  DEFERRED COMP #1 (H) | | | | | | | | | |
| 67.  -Dodge & Cox Stock Fund | C | Dividend | K | T | | | | | |
| 68.  -Fidelity Contrafund CP (formly Fidelity Contrafund) | D | Int./Div. | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Helmick, Jeffrey J.** | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.  -Ohio DC Stable Value Option | A | Int./Div. | K | T | | | | | |
| 70.  -Ohio DC Intermediate Bond | A | Int./Div. | J | T | | | | | |
| 71.  -Ohio DC Small-Cap Value | A | Int./Div. | J | T | | | | | |
| 72.  -Vanguard Capital Opportunity Stock Fund | C | Dividend | K | T | | | | | |
| 73.  IRA #1 | | | | | | | | | |
| 74.  -AT&T Inc Stock | A | Dividend | | | Sold | 12/26/19 | J | | |
| 75.  -Charter Communications Inc (formerly Time Warner Cable Inc Stock) | A | Dividend | | | Sold | 12/26/19 | J | | |
| 76.  IRA #2 | | | | | | | | | |
| 77.  -AT&T | A | Dividend | J | T | Buy | 02/01/19 | J | | |
| 78.  -Charter Communications Inc. | A | Dividend | J | T | Buy | 02/01/19 | J | | |
| 79.  -Merrill Lynch Cash/Money Account aka Bank of America NA RASP | A | Int./Div. | J | T | | | | | |
| 80.  MetLife Whole Life (H) | A | Int./Div. | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Helmick, Jeffrey J. | 10/05/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Helmick, Jeffrey J. | 10/05/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jeffrey J. Helmick**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544